UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

William Stevenson                )
Henderson II                     )
                                 )
_____          )
(Enter above the NAME of the     )
  plaintiff in this action.)     )
                                 )
         v.                      )
Kingsport City                   )
Police Department,               )
City of Kingsport.               )
(Enter above the NAME of each    
  defendant in this action.)     )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? YES (   ) NO ( ✓ )

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using the
       same outline.)

       1.  Parties to the previous lawsuit:

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

1

Case 2:26-cv-00119-DCLC-CRW    Document 1    Filed 04/23/26    Page 1 of 6    PageID #: 1

2.     COURT: (If federal court, name the district; if state court, name the county):

_____

3.     DOCKET NUMBER: _____

4.     Name of Judge to whom case was assigned: _____

5.     Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6.     Approximate date of filing lawsuit: _____

7.     Approximate date of disposition: _____

II.     PLACE OF PRESENT CONFINEMENT: *Sullivan County Jail (Blountville.)*

A.     Is there a prisoner grievance procedure in this institution?  YES (✓) NO ( )

B.     Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓)  NO ( )

C.     If your answer is YES,

     1.     What steps did you take? *They only gave me this form. I filled it out.*

     2.     What was the result? *They gave me this form. No result (AS of yet)*

D.     If your answer to B is NO, explain why not. _____

_____

E.     If there is no prison grievance procedure in the institution, did you complain to the prison authorities?  YES (✓)  NO ( )

F.     If your answer is YES,

     1.     What steps did you take? *They only said fill out this form.*

2

2. What was the result? No result.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: William Stevenson Henderson II

Present address: 906 Riverside Ave Kingsport, TN, 37660

Permanent home address: Same as above Untill I move.

Address of nearest relative: 328 Elm St Sevirville, TN, 37862

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Kingsport Police Department, City of Kingsport

Official position: Kingsport Police officers.

Place of employment: Kingsport City Police Department.

C. Additional defendants: Officer Rambo and All April, 24, 2025 Arresting officers depicted in Youtube video that arrested me. Youtube video - @Cantshithere. (The Police Department would not give me their names.)

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.) On April, 24, 2025 Kingsport Police entered the restroom

3

forcefully and without a warrant or Body cameras while I was using the toilet and preforming a Basic Human Biological Funtion and prevented me from using the toilet. I recorded this encounter Because of past Police Harrasment. To safe keep this video I have posted it online and It can be viewed on Youtube.com by searching for the channel @CantShitHere on that website. The Police called me the wrong name repetivly saying, they thought I was "timothy" and when I kept telling them my name was Steven they got Mad and escalated the situation. I fully complied and I was ordered to Stand up and when I did They Slammed me onto the bathroom floor injuring my back, neck and head. The ran into the Bathroom further escalating the encounter only when I said out loud My Privacy was violated. Please help with this abuse of power. flip over →

Case 2:26-cv-00119-DCLC-CRW   Document 1   Filed 04/23/26   Page 4 of 6   PageID #: 4

I was charged with Evading arrest even though I was in full compliance shown in the video. I believe my fourth, fourteenth amenments were violated along with abuse of power by the Kingsport City Police Department. When I was Transported to hospital I believe his name is officer Rambo along with other arresting officers at the hospital tried Breaking my arm when the doctor left the room and they stopped bending it when I yelled for the doctor to come back. When He came back they released there Grips on me letting me go Pretending as nothing happend and werent bending and trying to break my arm. I am requesting all their names because when me and my sister called the department they wouldnt give their names to us.

V.    RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

I am Seeking the Court to overturn my evading arrest and award me for Completly ruining my life I cant even get a Job Because of this. I am asking the Court to award me $33,000,000.⁰⁰ (33 million Dollars) for violating my civil rights.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ____15th____ day of ____April____, 20_26_.

William S Henderson II

Signature of plaintiff(s)

5